IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHELBY VALENTINE, ) | |
| ) | Case No. 4:05-CV-00045 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AUTOMAX OF VIRGINIA, INC., ) | |
| KATHY BOWES, KENT BOWES, ) | By: Jackson L. Kiser |
| KENNY BOWES, ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |
| ) | |

Before me is the Plaintiff's *Motion for Default Judgment* [10]. Oral arguments on the Plaintiff's *Motion* were held before this Court on March 20, 2006, and the *Motion* is now ripe for judgment. The Plaintiff's *Motion* is hereby **denied** and all three Defendants are hereby **ordered** to file an *Answer* to the Plaintiff's *Complaint* with this Court on or before Tuesday April 4, 2006.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* to all counsel of record and parties in this case.

Entered this 20th day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge

-1-